THE PEOPLE OF THE STATE OF NEW YORK ex rel. TROY ALEXANDER, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [877 NYS2d 714]—Appeal from a judgment (denominated order) of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), entered December 7, 2007 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see People ex rel. Kendricks v Smith*, 52 AD2d 1090 [1976]). Present—Smith, J.P., Centra, Fahey, Carni and Gorski, JJ.